```
 1   JEFFREY FREUND (CA SBN 47846)
     BREDHOFF & KAISER, PLLC
 2   805 15th St. NW
     Washington, DC 20005
 3   Telephone: (202) 842-2600
     Facsimile:  (202) 842-1888
 4
     Counsel for Defendants
 5   BCTGM International Union and Randy Roark
     (Additional Counsel Listed on Signature Page)
 6
     DUANE B. BEESON (CA SBN 20215)
 7   ANREW H. BAKER (CA SBN 104197)
     BEESON, TAYER, & BODINE, APC
 8   1404 Franklin Street, 5th Floor.
     Oakland, CA 94612-3208
 9   Telephone: (510) 625-9700
     Facsimile: (510) 625-8275
10
     Counsel for Defendants
11   BCTGM Local 24 and Felisa Castillo

12   JEFFREY F. RYAN (CA SBN 129079)
     RYAN & STEINER
13   455 North Whisman Road, Suite 200
     Mountain View, CA 94043-5721
14   Telephone: (650) 691-1430
     Facsimile: (650) 968-2685
15
     Counsel for Plaintiff, Alejandro Fox
16
                     UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19   ALEJANDRO FOX,                    )  CASE NO. CV-08-05737 WHA
                                       )
20            Plaintiff,               )
                                       )
21       v.                            )  STIPULATION AND [PROPOSED]
                                       )  ORDER TO CONTINUE THE CASE
22   BAKERY, CONFECTIONERY, TOBACCO    )  MANAGEMENT CONFERENCE
     WORKERS and GRAIN MILLERS         )
23   INTERNATIONAL UNION, LOCAL NO.    )
     24, AFL-CIO; BAKERY,              )
24   CONFECTIONERY, TOBACCO            )  Judge:    Hon. William Alsup
     WORKERS and GRAIN MILLERS         )
25   INTERNATIONAL UNION, AFL-CIO;     )
     FELISA CASTILLO, an individual; and )
26   RANDY ROARK, an individual,       )
                                       )
27            Defendants.              )

28
```

# STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

WHEREAS, a Case Management Conference is scheduled in this case for April 2, 2009 at 11:00 a.m.; and

WHEREAS, Jeffrey Freund, the General Counsel for the Defendant Bakery, Confectionery, Tobacco Workers and Grain Millers ("BCTGM") International Union, and the attorney who will be trial counsel for BCTGM and Defendant Randy Roark, will be on a long-scheduled vacation from March 11, 2009 to April 3, 2009 in Mozambique and South Africa to visit his son, daughter-in-law, and granddaughter; and

WHEREAS, Defendants believe that the Case Management Conference, currently set for April 2, 2009, will be more productive and efficient if Mr. Freund is present; and

WHEREAS, the BCTGM International Union and Randy Roark request that the Case Management Conference originally set for April 2, 2009, be continued by one week to April 9, 2009, and counsel for the other parties do not object; and

WHEREAS, Plaintiff ALEX FOX agrees to move the Case Management Conference one (1) week only to accommodate Mr. Freund's conflict; if the Court is not available on April 9, 2009 for the Case Management Conference, then Plaintiff objects to the moving of the Case Management Conference; and

WHEREAS, the parties agree to submit, not less than seven days prior to April 9, 2009, a joint case management conference statement;

THEREFORE, the parties hereby stipulate, and request that the Court order, that the Case Management Conference be continued to April 9, 2009, at 11:00 a.m.

DATED: March 12, 2009                    BREDHOFF & KAISER, PLLC
                                         ALTSHULER BERZON LLP

                                         By: __/s/ Peter E. Leckman_____
                                             Peter E. Leckman

                                         JEFFREY FREUND (CA SBN 47846)
                                         BREDHOFF & KAISER, PLLC
                                         805 15th St. NW
                                         Washington, DC 20005
                                         Telephone: (202) 842-2600

Facsimile: (202) 842-1888

PETER D. NUSSBAUM (CA SBN 49682)
PETER E. LECKMAN (CA SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Counsel for Defendants*
*BCTGM International Union and Randy Roark*
*(Additional Counsel for Plaintiffs on Signature Page)*

DATED: March 12, 2009           BEESON, TAYER, & BODINE, APC

                                By: /s/ Duane B. Beeson
                                    Duane B. Beeson

DUANE B. BEESON (CA SBN 20215)
ANREW H. BAKER (CA SBN 104197)
BEESON, TAYER, & BODINE, APC
1404 Franklin Street, 5th Floor.
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Facsimile: (510) 625-8275

*Counsel for Defendants*
*BCTGM Local 24 and Felisa Castillo*

DATED: March 12, 2009           By: /s/ Jeffrey F. Ryan
                                    Jeffrey F. Ryan

JEFFREY F. RYAN (CA SBN 129079)
RYAN & STEINER
455 North Whisman Road, Suite 200
Mountain View, CA 94043-5721
Telephone: (650) 691-1430
Facsimile: (650) 968-2685

*Counsel for Plaintiff, Alejandro Fox*

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC – Case No. CV-08-05737 WHA

1  **[~~PROPOSED~~] ORDER**

2     Pursuant to Stipulation, the Case Management Conference currently set for April 2,

3  2009, is hereby continued to April 9, 2009, at 11:00 a.m.

5  Dated:  March 12, 2009.



UNITED STATES DISTRICT JUDGE
The Honorable William Alsup