| | |
|---|---|
| JEFFREY FREUND (SBN 47846) | DUANE B. BEESON (SBN 20215) |
| BREDHOFF & KAISER, PLLC | ANDREW H. BAKER (SBN 104197) |
| 805 15th St. NW | BEESON, TAYER & BODINE, APC |
| Washington, DC 20005 | 1404 Franklin Street, 5th Floor |
| Telephone: (202) 842-2600 | Oakland, CA 94612-3208 |
| Facsimile:  (202) 842-1888 | Telephone: (510) 625-9700 |
| jfreund@bredhoff.com | Facsimile: (510) 625-8275 |
| | Email: dbeeson@beesontayer.com |

*Counsel for Defendants*
*BCTWU Local 24 and Felisa Castillo*

| | |
|---|---|
| PETER D. NUSSBAUM (SBN 49682) | JEFFREY RYAN (SBN 129079) |
| PETER E. LECKMAN (SBN 235721) | RYAN & STEINER |
| ALTSHULER BERZON LLP | An Association of Attorneys |
| 177 Post Street, Suite 300 | 455 North Whitman Road, Suite 200 |
| San Francisco, CA 94108 | Mountain View, CA 94043-5721 |
| Telephone:  (415) 421-7151 | Telephone: (650)691-1430 |
| Facsimile:  (415) 362-8064 | Facsimile: (650) 968-2685 |
| pnussbaum@altshulerberzon.com | jr@ryansteiner.com |
| pleckman@altshulerberzon.com | |

*Counsel for Defendants Bakery, Confectionery,*     *Counsel for Plaintiff Alexander Fox*
*Tobacco Workers and Grain Millers*
*International Union, AFL-CIO and Randy Roark*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FOX, | CASE NO. CV-08-05737 WHA |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND PAGE LIMITATIONS OF CIVIL L.Rs. 7.2(a) and 7.4(b) AND ORDER WITH MODIFICATIONS** |
| BAKERY, CONFECTIONERY, TOBACCO WORKERS and GRAIN MILLERS INTERNATIONAL UNION, LOCAL NO. 24, AFL-CIO; BAKERY, CONFECTIONERY, TOBACCO WORKERS and GRAIN MILLERS INTERNATIONAL UNION, AFL-CIO; FELISA CASTILLO, an individual; and RANDY ROARK, an individual, | Judge:    Hon. William Alsup |
| Defendants. | |

1    The parties hereto hereby stipulate to an extension of the page limitations contained in
2  Civil L.Rs. 7-2(a) and 7-4(b), to permit the Defendants to file Motions for Summary Judgment
3  with incorporated Memorandum of Points and Authorities, and the Plaintiff to file Oppositions to
4  such motions, each of up to 30 pages in length.

5    Civil L.Rs. 7-2(a) and 7-4(b) provide that motions and their incorporated briefs or
6  memoranda of points and authorities shall not exceed 25 pages of text.  Mindful of those rules,
7  and recognizing that it is always important to keep briefs as concise as possible, Defendants
8  BCTGM and Roark have prepared a draft motion for summary judgment.  Although under the
9  Rules, Defendant BCTGM and Roark could each file a brief of up to 25 pages, they will be filing
10 a joint brief.  In drafting the joint brief, they have found that one marginally longer than 25
11 pages is necessary in order for them to adequately present the reasons why they believe summary
12 judgment should be granted on the entirety of Plaintiff's case.  While the facts of this case are
13 not particularly complicated, Plaintiff's Second Amended Complaint sets forth six different legal
14 theories under which Plaintiff claims he is entitled to relief.  Under these circumstances,
15 Defendants BCTGM and Roark have found that 30 pages are needed in order to present their
16 arguments, and it is also appropriate that Plaintiff should have the same page limits in which to
17 oppose Defendants' motions.

18   Thus, the parties have consulted and have agreed that it is reasonable for Defendants'
19 Motions for Summary Judgment and Plaintiff's Oppositions to such motions to be up to 30 pages
20 in length.  The parties further agree that they will comply with the 15-page limitation of Civil
21 L.R. 7-4(b) for their Reply briefs.

22   For these reasons, it is hereby stipulated as follows:
23   1. The parties respectfully request that the Court grant leave to permit the Defendants to
24 file Motions for Summary Judgment of up to 30 pages in length, and the Plaintiff to file
25 Oppositions to such motions of up to 30 pages in length.

26
27
28

Dated:  December 9, 2009

_____/S/_____  
JEFFREY FREUND  
BREDHOFF & KAISER, PLLC  
805 15th St. NW  
Washington, DC 20005

_____/S/_____  
DUANE B. BEESON  
ANDREW H. BAKER  
BEESON, TAYER & BODINE, APC

*Counsel for Defendants*  
*BCTWU Local 24 and Felisa Castillo*

_____/S/_____  
PETER D. NUSSBAUM  
PETER E. LECKMAN  
ALTSHULER BERZON LLP  
177 Post Street, Suite 300  
San Francisco, CA 94108

_____/S/_____  
JEFFREY RYAN  
RYAN & STEINER  
An Association of Attorneys  
455 North Whitman Road, Suite 200  
Mountain View, CA 94043-5721

*Counsel for Defendants Bakery, Confectionery, Tobacco Workers and Grain Millers International Union, AFL-CIO and Randy Roark*

*Counsel for Plaintiff Alexander Fox*

**IT IS HEREBY ORDERED** that the 30-page limit applies only to *joint* summary judgment briefs filed by two or more defendants, and any briefs filed in opposition thereto. Summary judgment motions filed by single defendants (and oppositions filed in response) must comply with the 25 page limit.

Dated: ___December 9___, 2009

_____  
WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*  
*Judge William Alsup*