IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FOX, | No. C 08-05737 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BAKERY, CONFECTIONERY, TOBACCO WORKERS and GRAIN MILLERS INTERNATIONAL UNION, LOCAL NO. 24, AFL-CIO, BAKERY, CONFECTIONERY, TOBACCO WORKERS and GRAIN MILLERS INTERNATIONAL UNION, AFL-CIO, FELISA CASTILLO, an individual, and RANDY ROARK, an individual, | |
| Defendants. / | |

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE